PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATVEER KAUR,<br><br>                    Plaintiff,<br><br>             v.<br><br>USCIS, ET AL.,<br><br>                    Defendant. | CASE NO.  1:24-CV-00543 KES-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**Scheduling Conference:      October 9, 2024**<br>**                                                  9:30 AM**<br>**                                                  Courtroom 8 (BAM)** |

　　　　Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This case concerns a Form I-130 petition for alien relative that Plaintiff Kaur filed on behalf of her noncitizen spouse.  U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview on Plaintiff's petition for July 22, 2024.  The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's petition following the completion of

the interview, which is expected to render this lawsuit moot.   The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 20, 2024.

The parties further request that all other filing deadlines be similarly extended, including the scheduling conference currently set for August 7, 2024 and its accompanying deadlines.

Respectfully submitted,

Dated:  June 27, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JONATHAN STURMAN
JONATHAN STURMAN
Counsel for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, Defendant shall have until **September 20, 2024** to respond to Plaintiff's complaint. The Scheduling Conference set for August 7, 2024 is CONTINUED to **October 9, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a joint scheduling report on or before October 2, 2024. This conference will be vacated if the parties inform the Court that they have resolved this matter. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **June 28, 2024**            /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE